JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**
Phyllis J. King

**DEFENDANTS**
Federal Bureau of Investigation

BZ

**(b)** County of Residence of First Listed Plaintiff  San Mateo
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Phyllis J. King    In Pro Per  (650) 355-0371
527 Vista Mar Avenue
Pacifica, CA  94044

Attorneys (If Known)

Joann M. Swanson   (415) 436-6855
U.S. Attorney's Office
450 Golden Gate Ave., PO Box 36055
San Francisco, CA  94103

E-filing

ADR

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1)
Brief description of cause:
Removal of State Court action against the FBI

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND      ☐ SAN JOSE

DATE  4-10-08
SIGNATURE OF ATTORNEY OF RECORD

1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division

4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-6855
   Facsimile:  (415) 436-6748
6  Email: joann.swanson@usdoj.gov

7  Attorneys for Federal Defendant
   Federal Bureau of Investigation
8

**E-filing**

9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION

**BZ**

12 PHYLLIS J. KING,                )
                                   )   NO. C-
13                     Plaintiff,  )   CV   08          1919
                                   )
14         v.                      )   **NOTICE OF REMOVAL**
                                   )
15 FEDERAL BUREAU OF               )
   INVESTIGATION,                  )
16                                 )
                                   )
17                     Defendant.  )

18     TO:   Clerk, Superior Court of California
             County of San Francisco
19           400 McAllister
             San Francisco, California 94102-3680
20
             Phyllis J. King - In Pro Per
21           527 Vista Mar Avenue
             Pacifica, California 94044
22

23     PLEASE TAKE NOTICE that on this day Case No. CGC 07-470568 pending in the San

24 Francisco County Superior Court is being removed to the United States District Court for the

25 Northern District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1)

26 on behalf of federal defendant the Federal Bureau of Investigation. Upon direction by the Attorney

27 General of the United States, the undersigned attorneys hereby present the following facts to the

28 Judges of the United States District Court for the Northern District of California.

NOTICE OF REMOVAL
*King v. FBI*                            -1-

1.  On December 31, 2007, plaintiff Phyllis King filed a Complaint for Property Damage in the San Francisco County Superior Court. Plaintiff claims that her home has been repeatedly visited by F.B.I. agents, garbage thrown in her back yard, a dead mouse placed in her home, unlawful entry, and her phone reception is not good. Plaintiff seeks damages in the amount of $1,000,000.00.

2.  On March 12, 2008, the Federal Bureau of Investigation was served with a copy of the Summons and Complaint. Copies of the Summons, and Complaint are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading, or order which have been received. No trial has been held in this action.

3.  This action must be removed to federal district court under 28 U.S.C. § 1442(a)(1) in that it is a civil action against an agency of the United States. This action may also be removed to federal district court pursuant to 28 U.S.C. § 1441(a), 1441(b), and 1441(f) because original jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States), and other applicable authorities.

4.  Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. Pursuant to written delegation from Joseph P. Russoniello, the duly appointed United States Attorney for the Northern District of California, the Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3.

5.  A copy of this Notice is being filed with the Clerk of the San Francisco County Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 10, 2008    By:    _____
JOANN M. SWANSON
Assistant United States Attorney

NOTICE OF REMOVAL
*King v. FBI*    -2-

**EXHIBIT A**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Federal Bureau Investigation

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Phyllis J. King

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):* 400 McAllister
San Francisco Ca. 94102

CASE NUMBER: CGC-07-470568

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Phyllis J. King
537 Stanley Ave
Pacifica Ca 94044

DATE: DEC 31 2007
*(Fecha)*

GORDON PARK-LI Clerk, by _____ C. Bautista _____, Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Phyllis J. King<br>527 Vista-Mar Ave<br>Pacifica Ca 94044<br>TELEPHONE NO.: 6503550371   FAX NO.:<br>ATTORNEY FOR (Name): | **FILED**<br>San Francisco County Superior Court<br>DEC 31 2007<br>GORDON PARK-LI, Clerk<br>BY: _____<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco Ca
STREET ADDRESS:
MAILING ADDRESS: 400 McAllister
CITY AND ZIP CODE: San Francisco Ca 94102
BRANCH NAME: Civil

CASE NAME: King vs Federal Bureau Investigation

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CGC-07-470568 |
|---|---|---|
| ☑ Unlimited  ☐ Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000) $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☑ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action (specify):
5. This case ☐ is ☐ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 12/31/07

Phyllis J. King
(TYPE OR PRINT NAME)

▶ Phyllis J. King
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Phyllis S. Kinge<br>527 Vista- Mar Ave<br>Pacifica Ca 94044<br>TELEPHONE NO: 6503550371    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FILED<br>San Francisco County Superior Court<br>DEC 3 1 2007<br>GORDON PARK-LI, Clerk<br>BY: _____<br>CASE MANAGEMENT CONFERENCE SET<br>MAY 3 0 2008 - 9:00AM<br>SUMMONS ISSUED<br>DEPARTMENT 212 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS:<br>MAILING ADDRESS: 400 Mc Allister<br>CITY AND ZIP CODE: San Francisco CA. 94102<br>BRANCH NAME: Civil | |
| PLAINTIFF: Phyllis S. Kinge<br>DEFENDANT: Federal Bureau Investigation<br>☐ DOES 1 TO _____ | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE   ☑ OTHER (specify):<br>☑ Property Damage   ☐ Wrongful Death<br>☐ Personal Injury   ☑ Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | CASE NUMBER:<br>CGC-07-470568 |

1. Plaintiff (name or names): Phyllis S. Kinge
   alleges causes of action against defendant (name or names): Federal Bureau Investigation

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 (Rev. January 1, 2007) | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

PLD-PI-001

| SHORT TITLE: King VS Federal Bureau Investigation | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☒ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☒ Other (specify):

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☒ punitive damages
       The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☐ according to proof
       (2) ☒ in the amount of: $ 1 million dollars (1,000,000

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: 12/31/07

Phyllis J. King
(TYPE OR PRINT NAME)

▶ Phyllis J. King
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Dear Sir or Madam:

Enclosed in this packet, you will find step by step details of the incident that occurred on December 17, 2006 resulting in multiple doctor visits and ultimately left shoulder surgery that I, Phyllis King, had on June 15, 2007. The hand written account of the incident is written as it occurred and papers of copied documents are consistent.

Many questions have entered and never left my mind and at this time, I now ask that they be answered:
1. Why was I laid off pending investigation?
2. Who was investigating me?
3. Why was I being investigated?
4. How is it that Seena Hayapawin continues to work after physically assaulting me twice on the job? Why hasn't she been laid off as well pending investigation? Why was the zero tolerance clause of the union book not applied in this case? *She continues to work as of today*

I, Phyllis King, request to file a formal grievance with Union 790, presently known as 1021.

Sincerely,

*Phyllis King* 6503550371
Phyllis King



**LOCAL 1021**
**SEIU**

Over 50,000
Strong and United
In Northern California

350 RHODE ISLAND STREET,
SUITE 100 SOUTH BLDG.
SAN FRANCISCO, CA 94103
415-575-1740
Fax 415-431-6241

DAMITA DAVIS-HOWARD
PRESIDENT

CHRISTAL B. COX
VICE PRESIDENT

SANDRA LEWIS
TREASURER

JOHN MORRISON
SECRETARY

EXECUTIVE BOARD MEMBERS

BOB ADAMSON
CINDY BANNISTER
LARRY BEVAN
KAREN L BISHOP
AMANDA BOOKER
DERRICK BOUTTÉ
JAMES A. BRYANT
CARL CARR
JIM ELLETT
DENICE FARMER
NADIA FRAZER-ROBINOW
ED KINCHLEY
BECKY KRAFT
KATHY O'NEIL
VICKI D. REED
LEEA RODRIGUEZ
MARY SANDERS
NORM TEN
MARCUS WILLIAMS

www.SEIU1021.ORG
SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

September 27, 2007

Phyllis King
527 Vista Mar Ave.
Pacifica, CA 94044

Dear Ms. King:

I received you packet of documents related to employment at the Fine Arts Museum of SF and surgery. You asked that a grievance be filed. Unfortunately the time for filing a grievance has expired. The Union or employee must file a grievance within 15 calendar days of the events giving rise to a grievance. Much more time than that has passed since you last worked at the museum. I am afraid there is nothing that I can do for you.

Sincerely,

Don Evans
Worksite Organizer

DE/eas opeiu29/afl-cio

Dec 31 2007

I met Peter Larson on a chat line wks before Thanksgiving 2006. We exchanged numbers and talked every day. He invited me to visit L.A. and I went. After the holiday I was asked to come down again so I went; and I mentioned that my car was giving me trouble and I would have to get something to drive in the future that would be reliable.

Mr. Larson asked if he could help and I said yes! I asked for a loan for a down payment and he sent 5,000 dollars I called and thanked him and purchased a Ford Focus I revisited him Dec the next following week I could repay him because I was working 2 jobs and it wouldn't be a problem.

Not knowing Dec 17th 2006 I would be assaulted on the job and it would cause me not to work on both.

Mr. Larson expressed his delight in helping me to his sister Lois Borthwell in Citrus Heights Ca. She was so overwhelmed with excitement & happiness for her brother she immediately called her son who happened to work for Homeland Security in Palmdale Lancaster Ca'g Donny Potter

I was immediately laid off from the Museum (De Young) for investigation and know one told me the reason why Mr. Larson turned the loan into a gift; he explained to me what he thought his sister did. Even with left shoulder assault I could have worked light duty or modified duty until my MRI was scheduled 6 months later. It was because of the loan.

For over a year my home has repeatedly been visited by F.B.I agents, Garbage has been thrown in my back yard, a dead mouse has been placed in home, unlawful entry, my phone reception is not good.

Since Dec 31-2006 - Dec 31-2007 my place has been like Grand Central Station.

Phyllis Keece

Case 3:08-cv-01919-PJH     Document 1     Filed 04/11/2008     Page 13 of 14

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California
County of Los Angeles } ss.

☐ See Attached Document (Notary to cross out lines 1–6 below)
☒ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

1. I Peter Larson, being in Sound mend, Says
2. Phyllis Ling doesn't have to Pay back 5,000 dollars
3. Ioan, becuse this is A gift from me
4. Peter Larson
5.
6. Peter Larson

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this 4th day of February, 2007, by
(1) Peter Larson,
☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)
(and
(2) none,
☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

E. LEROY JONES
Commission # 1639572
Notary Public - California
Los Angeles County
My Comm. Expires Feb 16, 2010

E. Leroy Jones
Signature of Notary Public

Place Notary Seal Above

— OPTIONAL —

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit
Document Date: Feb. 4, 2007    Number of Pages: 1
Signer(s) Other Than Named Above: none

RIGHT THUMBPRINT OF SIGNER #1
RIGHT THUMBPRINT OF SIGNER #2

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

Case 3:08-cv-01919-PJH     Document 1     Filed 04/11/2008     Page 13 of 14

Brother

Lois → Citrus Heights Ca.
Bouthwell

Los Angeles Ca
Peter Larson ——— Phyllis Knee    Pacifica Ca
Made loan 5,000 to as gift

Son - Danny Potter ————— FBI
Palmdale Lancaster        Called office
Homeland Security         in San Francisco