1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division

4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Telephone: (415) 436-6855
   Facsimile: (415) 436-6748
6  Email: joann.swanson@usdoj.gov

7  Attorneys for Federal Defendant
   Federal Bureau of Investigation

FILED
08 APR 11 PM 1:17
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHYLLIS J. KING, | Case No. CV 08-1919 BZ |
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF NOTICE OF REMOVAL** |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on April 11, 2008 she caused a copy of:

1)  Notice of Removal filed April 11, 2008;

2)  Order Setting Initial Case Management Conference and ADR Deadlines filed April 11, 2008; Standing Orders; Standing Order for all Judges of the Northern District of California;

3)  Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

PROOF OF SERVICE
King v. FBI                                    -1-

| | | |
|---|---|---|
| 1 | 4) | ECF Registration Information Handout; |
| 2 | 5) | Welcome to the U.S. District Court, San Francisco; San Francisco Judges; Drop Box Filing Procedures; and |
| 4 | 6) | Proof of Service |

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

> Phyllis J. King - In Pro Per
> 527 Vista Mar Avenue
> Pacifica, California 94044

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of April 2008 at San Francisco, California.

*Diann Lackey*
Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
*King v. FBI*                    -2-