JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile:  (415) 436-6748
Email:  joann.swanson@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PHYLLIS J. KING,

        Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.

NO. CV 08-1919 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The federal defendant, appearing specially, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully submitted,

Dated: April 15, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
Joann M. Swanson
Assistant United States Attorney

Declination
*King v. FBI*                    -1-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to be served this date upon the parties in this action by placing a true copy thereof in a sealed envelope, and served as follows:

[√]  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

[ ]  **CERTIFIED MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

[ ]  **PERSONAL SERVICE (BY MESSENGER)**

[ ]  **FEDERAL EXPRESS via Priority Overnight**

[ ]  **EMAIL**

[ ]  **FACSIMILE (FAX)** Telephone No.: _____

to the party addressed as follows:

> Phyllis J. King - In Pro Per
> 527 Vista Mar Avenue
> Pacifica, California 94044

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of April 2007 at San Francisco, California.

_____
DIANN LACKEY
Paralegal Specialist

Declination
*King v. FBI*                                     -2-