JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile:   (415) 436-6748
Email:  joann.swanson@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHYLLIS J. KING,<br><br>             Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>             Defendant. | NO. CV 08-1919 BZ<br><br>**[PROPOSED] ORDER GRANTING<br>DEFENDANT'S MOTION TO DISMISS** |

This matter having come before the Court on May 28, 2008, and good cause appearing, it is hereby ordered that plaintiff's claim against the Federal Bureau of Investigation ("FBI") is dismissed because the FBI is not the proper defendant in a case against a federal agency under the Federal Tort Claims Act, 28 U.S.C. § 2670 et seq.  The United States is the proper defendant.

Moreover, Plaintiff's claim against the United States is dismissed without prejudice for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).   Specifically, Plaintiff has failed to file an administrative tort claim as required by the Federal Tort Claims Act.  See 28 U.S.C. § 2675(a).

IT IS SO ORDERED that the case is dismissed without prejudice.

DATED: April ___, 2008

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

[Proposed] Order
*King v. FBI*                    -1-