1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Assistant United States Attorney
3   Chief, Civil Division

4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-7200
      Facsimile:  (415) 436-6748
6     Email:  joann.swanson@usdoj.gov

7   Attorneys for Federal Defendant

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  PHYLLIS J. KING,                    )
                                        )    C 08-1919 PJH
12                     Plaintiff,       )
                                        )    **SPECIAL APPEARANCE**
13            v.                        )    **DEFENDANT'S NOTICE OF**
                                        )    **MOTION AND MOTION TO DISMISS**
14  FEDERAL BUREAU OF                   )    **[FED. R. CIV. P. 12(b)]**
    INVESTIGATION,                      )
15                                      )    Date:   June 18, 2008
                                        )    Time: 9:00 a.m.
16                     Defendant.       )    Courtroom 3, 17th Floor
    _____)

17  **I.  NOTICE OF MOTION AND MOTION**

18        **PLEASE TAKE NOTICE** that on Wednesday, June 18, 2008 at 9:00 a.m., or as soon

19  thereafter as may be heard, the federal defendant, specially appearing through its attorney of record,

20  will and hereby does move to dismiss the complaint for lack of subject matter jurisdiction, pursuant to

21  Federal Rule of Civil Procedure 12(b)(1).[1/]  Specifically, plaintiff alleges that the Federal Bureau of

22  Investigation ("FBI"), an agency of the United States, committed various torts.  Under the Federal

23  Tort Claims Act, 28 U.S.C. § 2671, *et seq.* ("FTCA"), a plaintiff must file an administrative claim

24  with the appropriate federal agency before suing the United States, which is the only proper

25  defendant.  See 28 U.S.C. § 2675, 2679(a).  Plaintiff has not done so.  Because plaintiff has failed to

26

27  _____
         [1/]  Plaintiff has not properly served defendant as required by Rules of Civil Procedure Rule
28  4(i)(1)(A)(i)(ii).

    Defendant's Re-Noticed Motion
    and Motion to Dismiss
    *King v. FBI*, C 08-1919 PJH            -1-

1   exhaust her administrative remedies under the FTCA, the court lacks subject matter jurisdiction and

2   this case should be dismissed without prejudice.

3       This motion is based upon this Notice of Motion, the Declaration of Jennifer A. Wilson

4   ("Wilson Decl.") filed on April 16, 2008, all the papers and records currently on file in the above-

5   captioned matter, and any additional evidence and argument that this court may permit.

6       This motion will be heard in Courtroom No. G, 15th Floor, at 450 Golden Gate Avenue in San

7   Francisco, California.

8   **II.    STATEMENT OF FACTS**

9       Plaintiff Phyllis King filed this action against the FBI on December 31, 2007 in San Francisco

10  County Superior Court.  In her complaint, plaintiff makes a variety of allegations related to having

11  been laid off at the "Fine Arts Museum" of San Francisco.  She also alleges that "for over a year [her]

12  home was repeatedly visited by FBI agents, that garbage has been thrown in [her] back yard, a dead

13  mouse has been placed in [her] home, unlawful entry, [her] phone reception is not good."  She also

14  claims that since December 31, 2006 through December 31, 2007 her place has been like "Grand

15  Central Station".  In the complaint, plaintiff seeks damages from the FBI in the amount of

16  $1,000,000.00 for property damage, intentional tort, and premises liability.  The federal defendant

17  removed the action to federal court.

18      Plaintiff has not filed an administrative claim with the FBI.  Wilson Decl., ¶ 4.  Further, the

19  FBI has no record under plaintiff's name of any law enforcement activities.  *Id.*, ¶ 3.

20  **III.   THE COURT LACKS SUBJECT MATTER JURISDICTION AND SHOULD DISMISS**
    **THE CASE BECAUSE PLAINTIFF HAS NOT EXHAUSTED HER**
21  **ADMINISTRATIVE REMEDIES UNDER THE FTCA.**

22      **A.    The Legal Standard**

23      A motion to dismiss under FRCP 12(b)(1) tests the subject matter jurisdiction of the court.

24  *See, e.g., Savage v. Glendale Union High School*, 343 F.3d 1036, 1039-40 (9th Cir. 2003), *cert.*

25  *denied*, 541 U.S. 1009 (2004).  A motion will be granted if the complaint, when considered in its

26  entirety, on its face fails to allege facts sufficient to establish subject matter jurisdiction.  *Id.* at 1039

27  n.2.

28

The sovereign cannot be sued without its consent. *United States v. Sherwood,* 312 U.S. 584 (1941); *Gould v. U.S. Dept. of Health & Human Services,* 905 F.2d 738, 741 (4th Cir. 1990). Moreover, the terms of that consent define a federal court's jurisdiction to entertain such suit. *United States v. Testan,* 424 U.S. 392 (1976).

The FTCA is the exclusive waiver of sovereign immunity for actions sounding in tort against the United States, its agencies and/or employees acting within the scope of their employment. *Smith v. United States,* 507 U.S. 197 (1993) *citing* 28 U.S.C. §1346(b).  All limits and conditions within the FTCA are to be strictly construed in favor of the sovereign.  *McNeil v. United States,* 508 U.S. 106 (1983); *United States v. Orleans*, 425 U.S. 807 (1976); *Thigpen v. United States*, 800 F.2d 393 (4th Cir. 1986).

A prerequisite to filing suit under the FTCA involves the presentation of an administrative claim to the government within two years of the incident, *see*  28 U.S.C. § 2401 (b), and that the federal agency either finally denies the claim or fails "to make final disposition of a claim withing six months after it is filed. . .".  *See* 28 U.S.C. § 2675(a).[2/]

**B.    Plaintiff Has Not Complied with the Requirements of the FTCA**.

It is not clear why plaintiff believes FBI agents have visited her home or are responsible for any of the damage she alleges.  Indeed, the FBI has no records regarding plaintiff.  Regardless, plaintiff  has not filed an administrative claim with the FBI regarding her allegations and that claim

---

Section 2675(a) states, in relevant part,

> An action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting withing the scope of his office or employment, unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing and sent by certified or registered mail.  The failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section. . . .

The federal defendant also notes that the United States, and not the federal agency, is the only proper defendant in a suit under the FTCA.  *See* 28 U.S.C. § 2679(a)

Defendant's Re-Noticed Motion
and Motion to Dismiss
*King v. FBI*, C 08-1919 PJH          -3-

1  has not been denied.

2      Because plaintiff has not complied with the jurisdictional prerequisites to suit under the

3  FTCA, the court lacks subject matter jurisdiction and the case should be dismissed. Because it

4  appears that the time period within which plaintiff may submit a claim with the agency has not yet

5  passed, the dismissal should be without prejudice.

6  **IV. CONCLUSION**

7      Plaintiff has failed to file an administrative claim with the federal agency, as required by the

8  FTCA. Accordingly, plaintiff's claim against the federal government should be dismissed without

9  prejudice for lack of subject matter jurisdiction.

10                                      Respectfully submitted,

11  Dated: April 29, 2008               JOSEPH P. RUSSONIELLO
                                        United States Attorney
12
                                               /s/
13                              By:     _____
                                        Joann M. Swanson
14                                      Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Re-Noticed Motion
and Motion to Dismiss
*King v. FBI*, C 08-1919 PJH          -4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

      1.     **DEFENDANT'S RE- NOTICE OF MOTION AND MOTION TO DISMISS [FED. R. CIV. P. 12(b)]; and**

      2.     **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

to be served this date upon the parties in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_     **CERTIFIED MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_     **PERSONAL SERVICE (BY MESSENGER)**

\_\_\_\_     **FEDERAL EXPRESS via Priority Overnight**

\_\_\_\_     **EMAIL**

\_\_\_\_     **FACSIMILE (FAX)**  Telephone No.:_____

to the party addressed as follows:

        Phyllis J. King - In Pro Per
        527 Vista Mar Avenue
        Pacifica, California 94044

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of April 2007 at San Francisco, California.

                       /s/

                _____
                Stefania M. Chin, Legal Assistant

Defendant's Re-Noticed Motion
and Motion to Dismiss
*King v. FBI*, C 08-1919 PJH        -5-