1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division

4    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
5    Telephone: (415) 436-7200
     Facsimile:  (415) 436-6748
6    Email:  joann.swanson@usdoj.gov

7  Attorneys for Federal Defendant

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  PHYLLIS J. KING,                    )
                                        )     C 08-1919 PJH
12                        Plaintiff,    )
                                        )     **[PROPOSED] ORDER GRANTING**
13            v.                        )     **DEFENDANT'S MOTION TO DISMISS**
                                        )
14  FEDERAL BUREAU OF                   )
    INVESTIGATION,                      )
15                                      )
                          Defendant.    )
16  _____)

17       This matter having come before the Court on June 14, and good cause appearing, it is hereby

18  ordered that plaintiff's claim against the Federal Bureau of Investigation ("FBI") is dismissed without

19  prejudice for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

20  Specifically, plaintiff has failed to file an administrative tort claim as required by the Federal Tort

21  Claims Act.  *See* 28 U.S.C. § 2675(a).

22       IT IS SO ORDERED.

23

24  DATED: June ___, 2008

25                                      _____
                                        PHYLLIS J. HAMILTON
                                        United States Magistrate Judge
26

27

28