| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 5 | Telephone: (415) 436-6855<br>FAX: (415) 436-6748 |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHYLLIS J. KING, | ) C 08-01919 PJH |
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S WITHDRAWAL OF**<br>) **NOTICE OF MOTION AND MOTION** |
| FEDERAL BUREAU OF | ) **TO DISMISS AND [PROPOSED]**<br>) **ORDER FILED APRIL 16, 2008** |
| INVESTIGATION, | ) **(DOCKET NOS. 5 AND 7)** |
| Defendant. | ) |

On April 16, 2008, the federal defendant, specially appearing, filed a Notice of Motion and Motion to Dismiss the case without prejudice. *See* Docket No. 5. In support of the motion, defendant also filed the Declaration of Jennifer Wilson. *See* Docket No. 6. Defendant also filed a proposed order. *See* Docket No. 7. The motion was scheduled to be heard on May 28, 2008 before the Honorable Bernard Zimmerman, U.S. District Magistrate Judge.

On April 18, 2008, the case was reassigned. *See* Docket No. 9. On April 29, 2008, the federal defendant filed a revised Notice of Motion and Motion to Dismiss and a new proposed order. *See* Docket Nos. 11, 12. The April 29, 2008 Motion to Dismiss is supported by the Declaration of Jennifer Wilson, which had been previously filed. *See* Docket No. 6. This motion is scheduled to be heard on Wednesday, June 18, 2008.

//

1  The federal defendant withdraws the April 16, 2008 Notice of Motion and Motion to Dismiss
2  and proposed order, docket numbers 5 and 7.

3                                         Respectfully submitted,

4                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
5

6
   Dated: May 6, 2008              By:            /s/
7                                         Joann M. Swanson
                                          Assistant United States Attorney
8

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that I am a resident of the State of California, over the age of eighteen years,
3   and not a party to the within action. My business address is: Office of the United States
4   Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102. I further certify
5   that I caused the within document(s):

6,7   **DEFENDANT'S WITHDRAWAL OF NOTICE OF MOTION AND MOTION TO DISMISS AND [PROPOSED] ORDER FILED APRIL 16, 2008 (DOCKET NOS. 5 AND 7).**

8   to be served this date on the parties in this action, **via United States mail**.

9,10,11
    Phyllis J. King
    PRO SE
    527 Vista Mar Avenue
    Pacifica, CA 94404

12   I declare under penalty of perjury that the foregoing is true and correct.

13   Dated: May 6, 2008

                                    /s/
14   _____
                            STEFANIA M. CHIN
15                          Legal Assistant