MC-030

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Phyllis J. King
537 Vista Mar Ave.
Pacifica, Ca 94044
TELEPHONE NO.: 650 359-2037   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FILED
08 JUN 17 PM 12:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Opposed To:
Dismissal
Late Notices
Demurrers

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate
MAILING ADDRESS: San Francisco Ca
CITY AND ZIP CODE: 
BRANCH NAME: Civil

E-filing

PLAINTIFF/PETITIONER: Phyllis J. King
DEFENDANT/RESPONDENT: Federal Bureau of Investigation

P.J.H

**DECLARATION**

CASE NUMBER: C08-01919 PJH

Since filing Dec 31 2007 I continue to have investigators running in & out along with dogs. There have been personal property taken and returned jewelery Documents about me and friends; since I don't have a background of criminal activity in my life breaking and entering has become a ritual for your agents.

Before having the backdoor secured that leads to the Garage Agents were in the garage hiding.

On Thursday's when garbage day came around agents have been hiding behind the hedge bushes outside and as I take bins, newspaper out someone (agent sneaked inside).

At night outside my bedroom window an agent has been standing and forgot to take off his electronic earphones

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 06/16/08

Phyllis J. King
(TYPE OR PRINT NAME)

Phyllis King
Phyllis J. King
(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1
American LegalNet, Inc.
www.USCourtForms.com

MC-030

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Phyllis J. King
527 Vista-Mar Ave
Pacifica Ca 94044
TELEPHONE NO.: 650 355 2037   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco Ca.
BRANCH NAME: Civil

PLAINTIFF/PETITIONER: Phyllis J. King
DEFENDANT/RESPONDENT: Federal Bureau of Investigation

**DECLARATION**

FOR COURT USE ONLY: Opposition To Dismissal Late Notices Demurrer

CASE NUMBER: C 08-1919 PJH

Devices (cell phone, wrist watch etc) on the hr of eight o'clock I heard beeps & buzzers going off. There have been agents entering my home with ladders; I have sky lights in the living room & bathroom, high cabinets in the garage & an opening small in the attic. My closets have the door frames taken off from the inside. All of the vents and light latches have been taken off and put back wrong.

What really really made me upset was my friends human remains I keep in my home had been open; when I open my door to come in the smell hit me very hard.

On the outside my drain pipes had been pushed out of place which will cause a flood in the garage when it rains. During Jan 2008 when it heavy rained, each

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 06/16/08

Phyllis J. King
(TYPE OR PRINT NAME)

Phyllis J. King
(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1
American LegalNet, Inc.
www.USCourtForms.com

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Phyllis J. Kinbe<br>527 Vista Mar Ave<br>Pacifica Ca 94044<br>TELEPHONE NO.: 650 355 0371   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | OPPOSSED TO:<br>Dismissal<br>Late Notices<br>Demurrers |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 450 Golden Gate
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco Ca
BRANCH NAME: Civil

PLAINTIFF/PETITIONER: Phyllis J. Kinbe
DEFENDANT/RESPONDENT: Federal Bureau of Investigation

**DECLARATION**

CASE NUMBER: C08-01919 PJH

time I left my home for any thing Church, Store, Drs Appt the agents would come in without wiping there shoes off and tracked mudd debris inside, stand on my floor pillows walke on my rugs and ruined everything. The Dogs theive bought in has urinated in my bedroom on my rugs & the scent of the dogs have been in my bed. The fence is bend down by the house from agents crossing it so much. My sensor motion lights around my house have stop working. Why? My leather furniture in my living room & T.V. room looks to be cut with razor blades there's something on the bottom of someone's shoes that are causing the cuts.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 06/16/08

Phyllis J. Kinbe
(TYPE OR PRINT NAME)

Phyllis J. Kinbe
(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

| | MC-031 |
|---|---|
| PLAINTIFF/PETITIONER: Kinér | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Federal Bureau Investigation | C08-01919 PJH |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I've made calls to the Fairfield Police Dept to come out and take reports concerning strange occurrence outside. I've had the locks changed 3 three times and still people keep coming in.

I'd like to know about the Search & Seize Order and when it was placed.

This harassment is not a part of peaceful living it's a hate signature.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 06/16/08

Phyllis Kinér
(TYPE OR PRINT NAME)

Phyllis J. Kinér
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

MC-031

| PLAINTIFF/PETITIONER: Phyllis J. Kenbu | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Federal Bureau Investigation | C08-01919 P.J.H |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

There is an agent that lives two houses down. He comes into my home each time I'm away. The Dogs are making me sick. I'll keep filing until I'm processed for federal Pension.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 06/16/08

Phyllis J. Kenbu
(TYPE OR PRINT NAME)

Phyllis J. Kenbu
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com