UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** June 18, 2008                                           **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1919 PJH

**Case Name:** Phyllis J. King v. Federal Bureau of Investigation

**Attorney(s) for Plaintiff:**     Phyllis King (pro per)
**Attorney(s) for Defendant:**     Joanne Swanson

**Deputy Clerk:** Nichole Heuerman              **Court Reporter:** Lydia Zinn

**PROCEEDINGS**

Special Appearance Defendant's Motion to Dismiss-GRANTED without prejudice as stated on the record.

**Order to be prepared by:**   [] Pl  [] Def  [x]  Court

**Notes:**

**cc:** file