**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12   PHYLLIS J. KING,
13          Plaintiff,                       No. C 08-1919 PJH
14      v.                                   **JUDGMENT**
15   UNITED STATES OF AMERICA,
16          Defendant.
     _____/
17      The court having dismissed the above-entitled action for lack of subject-matter
18   jurisdiction,
19      It is Ordered and Adjudged
20      that plaintiff Phyllis J. King take nothing, and that the action be dismissed.
21
22   June 24, 2008                           _____
                                             PHYLLIS J. HAMILTON
23                                           United States District Judge
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHYLLIS J KING,

        Plaintiff,

  v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.
                             /

Case Number: CV08-01919 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phyllis J. King
527 Vista Mar Avenue
Pacifica, CA 94044

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk